STATE OF CONNECTICUT *v.* TIMOTHY JAMES DURKIN

The state of Connecticut's petition for certification for appeal from the Appellate Court, 23 Conn. App. 642, is granted, limited to the following issue:

"Did the Appellate Court correctly conclude that the trial court abused its discretion when it found that the defendant was voluntarily absent from his probation revocation hearing?"

*Judith Rossi,* assistant state's attorney, in support of the petition.

*George P. D'Amico,* in opposition.

Decided January 17, 1991

LAURENCE SEELEN *v.* ELLEN SEELEN

The defendant's petition for certification for appeal from the Appellate Court, 23 Conn. App. 819, is denied.

*Victor Feingold,* in support of the petition.

*Alfred J. Garofolo,* in opposition.

Decided January 24, 1991

JIMMY LEE BROWN *v.* HOUSING AUTHORITY OF THE CITY OF NEW HAVEN

The plaintiff's petition for certification for appeal from the Appellate Court, 23 Conn. App. 624, is denied.

*Terence S. Hawkins,* in support of the petition.

*James J. Giulietti,* in opposition.

Decided February 5, 1991